IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11214
Conference Calendar

_____


DARRIS D. TEEL,

                                        Plaintiff-Appellant,

versus

DR. KALMANOV ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-64
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Darris D. Teel, Texas state prisoner #656908, appeals from the district court's dismissal of his civil rights complaint as frivolous and for failure to state a claim. He argues that the defendants were deliberately indifferent to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.